In the Matter of the Estate of ABRAHAM SUDEROV,
Deceased.

STATE TAX COMMISSION, Appellant; BERNARD N. CAN-
TOR et al., as Executors of ABRAHAM SUDEROV,
Respondents.

Submitted April 22, 1937; decided May 25, 1937.

*Seth T. Cole* and *Mortimer M. Kassell* for appellant.

*J. G. Engel* for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.